```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 42185
   ANGELA M MAXWELL
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7855

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 11/12/2004 and was confirmed 01/12/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was paid in full 04/21/2008.
-----------------------------------------------------------------------
  CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
  PEOPLES GAS LIGHT & COKE  UNSECURED       1662.58           .00         166.26
  TURNER ACCEPTANCE         SECURED         2680.00         412.15       2680.00
  TURNER ACCEPTANCE         UNSECURED      NOT FILED          .00            .00
  AMERICASH LOANS LLC       UNSECURED        483.32           .00          48.33
  AT & T BANKRUPCTY         UNSECURED      NOT FILED          .00            .00
  ARGENT HEALTHCARE FIN SE  UNSECURED      NOT FILED          .00            .00
  CHECK INTO CASH INC       UNSECURED        288.00           .00          28.80
  CITY OF CHICAGO PARKING   UNSECURED        700.00           .00          70.00
  CITY OF CHICAGO           NOTICE ONLY    NOT FILED          .00            .00
  CHICAGOLAND EMERGENCY PH  UNSECURED      NOT FILED          .00            .00
  CHICAGOLAND EMERGENCY PH  NOTICE ONLY    NOT FILED          .00            .00
  CHICAGO TRIBUNE           UNSECURED      NOT FILED          .00            .00
  CHICAGO TRIBUNE           NOTICE ONLY    NOT FILED          .00            .00
  CHICAGOLAND EMERGENCY PH  UNSECURED      NOT FILED          .00            .00
  CITY OF CHICAGO EMS       UNSECURED      NOT FILED          .00            .00
  CITY OF CHICAGO           NOTICE ONLY    NOT FILED          .00            .00
  CITY OF CHICAGO PARKING   UNSECURED      NOT FILED          .00            .00
  HARVARD COLLECTION SERVI  UNSECURED      NOT FILED          .00            .00
  MCI WORLD COM             UNSECURED      NOT FILED          .00            .00
  MCI COMMUNICATIONS        NOTICE ONLY    NOT FILED          .00            .00
  IRON VENTURES INC         UNSECURED      NOT FILED          .00            .00
  SUN CASH OF WI LLC        UNSECURED      NOT FILED          .00            .00
  VIBE                      UNSECURED      NOT FILED          .00            .00
  WEST SUBURBAN HOSPITAL M  UNSECURED      NOT FILED          .00            .00
  WEST SUB NEUROSURGICAL A  NOTICE ONLY    NOT FILED          .00            .00
  WEST SUBURBAN HOSPITAL M  UNSECURED      NOT FILED          .00            .00
  AT&T WIRELESS             NOTICE ONLY    NOT FILED          .00            .00
  ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,105.20                     2,105.20
  TOM VAUGHN                TRUSTEE                                        326.46
  DEBTOR REFUND             REFUND                                         196.42

       Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 42185 ANGELA M MAXWELL
```

```
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 6,033.62

PRIORITY                                            .00
SECURED                                        2,680.00
    INTEREST                                     412.15
UNSECURED                                        313.39
ADMINISTRATIVE                                 2,105.20
TRUSTEE COMPENSATION                             326.46
DEBTOR REFUND                                    196.42
                       ---------------    ---------------
TOTALS                  6,033.62               6,033.62
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 07/29/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE





                              PAGE   2
        CASE NO. 04 B 42185 ANGELA M MAXWELL